Argued and submitted January 15, reversed and remanded with instructions
July 22, respondent American Fire & Casualty Insurance Co.'s petition for
reconsideration filed August 25 allowed by opinion December 23, 1992
See 117 Or App 347 (1992)

# FARMERS INSURANCE COMPANY OF OREGON,
*Appellant,*

*v.*

# AMERICAN FIRE & CASUALTY INSURANCE CO.
and Barbara L. Snyder,
*Respondents.*

(90-CV0208ST; CA A68181)

833 P2d 1382

William F. Gary, Eugene, argued the cause for appellant. On the briefs were B. Kevin Burgess, Dennis W. Percell and Harrang Long Watkinson Arnold & Laird, P.C., Eugene.

Joel S. DeVore, Eugene, argued the cause for respondent American Fire & Casualty Insurance Company. With him on the brief was Luvaas, Cobb, Richards & Fraser, P.C., Eugene.

Gary D. Rossi, Bend, waived appearance for respondent Barbara L. Snyder.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Reversed and remanded with instructions to enter judgment for plaintiff. *Babb v. Mid-Century Ins. Co.*, 110 Or App 67, 821 P2d 424 (1991), *rev den* 313 Or 209 (1992).